197 So.2d 766

**Robin Eugene RAMSEY**

v.

**STATE.**

**1 Div. 442.**

Supreme Court of Alabama.

April 13, 1967.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., for petitioner.

John Coleman, Mobile, opposed.

MERRILL, Justice.

Appellant was convicted of an offense and appealed to the Court of Appeals. Judgment of conviction was reversed, 43 Ala.App. 617, 197 So.2d 763, and the State applied for certiorari to review and revise the judgment and decision of the Court of Appeals.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

■

195 So.2d 829

**Dollie K. SMITH et al.**

v.

**Jo Fay KENNEDY et al.**

**6 Div. 401.**

Supreme Court of Alabama.

Feb. 23, 1967.

Huie, Fernambucq & Stewart, Birmingham, for petitioner.

J. J. Cockrell and Robt. F. Lewis, Birmingham, opposed.

GOODWYN, Justice.

Petition of Dollie K. Smith and others for certiorari to the Court of Appeals to review and revise the judgment and decision in Smith et al. v. Kennedy et al., 43 Ala.App. 554, 195 So.2d 820.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

■

197 So.2d 447

**Hubert Damon STRANGE**

v.

**STATE.**

**7 Div. 760.**

Supreme Court of Alabama.

Feb. 13, 1967.

PER CURIAM.

Petition of Hubert Damon Strange for certiorari to the Court of Appeals to review Strange v. State, 43 Ala.App. 599, 197 So.2d 437. Death of petitioner suggested, and petition dismissed.